DAVID F. WINNE, Respondent, *v.* LORENZO B. CHAPMAN, Appellant.

*Winne* v. *Chapman*, 143 App. Div. 973, affirmed.
(Argued December 12, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 24, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages alleged to have been occasioned plaintiff through the false representations of defendant.

*W. R. Spooner* for appellant.

*Edwin D. Wagner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

BROOKLYN MASON CONTRACTING COMPANY, Respondent, *v.* MAX BERGER, Appellant, and KESHIN BLITSTEIN & COMPANY, Respondent.

*Brooklyn Mason Contracting Co.* v. *Berger*, 144 App. Div. 908, affirmed.
(Argued December 12, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 27, 1911, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to foreclose a mechanic's lien.

*J. Brownson Ker* and *Stephen Frontera* for appellant.

*Abraham Levitt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.